IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TAINOAPP, INC., <br><br>Plaintiff, <br><br>-vs.- <br><br>AMAZON.COM, INC., <br><br>Defendants. | Case No. 3:14-cv-01210-PAD |

**MOTION TO RESTRICT**

**TO THE HONORABLE PEDRO A. DELGADO-HERNANDEZ**
**UNITED STATES DISTRICT JUDGE:**

    **COMES NOW**, Defendant Amazon.com, Inc. ("Amazon"), through the undersigned counsel, respectfully alleges and prays:

    1.    On this day and in compliance with the procedure set forth in Standing Order No. 9, Amazon filed a Motion to Transfer Venue to the Northern District of California ("Transfer Motion") and a Declaration of Lara Rogers in Support of the Motion to Transfer Venue ("Rogers Declaration").

    2.    Both the Transfer Motion and the Rogers Declaration contain confidential information that identifies suppliers of certain components incorporated in Amazon's products. Amazon could be harmed if this information is disclosed to the public or to Amazon's competitors. Amazon respectfully requests that the Transfer Motion and the Rogers Declaration be placed under a restricted viewing level, whereby only the participants within the case and the Court have access to the same.

1

**WHEREFORE,** Amazon hereby respectfully requests the Court grant this motion and place the Transfer Motion and the Rogers Declaration under a restricted viewing level, whereby only the participants within the case and the Court have access to the same.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 27th day of June, 2014.

**PIETRANTONI MENDEZ & ALVAREZ, LLC**

Counsel for Defendant AMAZON.COM, INC.
Banco Popular Center-Suite 1901
208 Ponce de León Avenue
San Juan, PR 00918
Tel.: (787) 274-1212
Fax : (787) 274-1470


s/Jorge I. Peirats
Jorge I. Peirats
USDC-PR No. 201409
jpeirats@pmalaw.com

*Of Counsel*:

Edward H. Rice
erice@freeborn.com
Marina N. Saito
msaito@freeborn.com
FREEBORN & PETERS LLP
311 S. Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000

Case 3:14-cv-01210-PAD   Document 21   Filed 06/27/14   Page 3 of 3

3